**George O. North, appellant, v. Henry Mahannah and Charles Mahannah, appellees.**

, Bill to foreclose a mortgage assigned to plaintiff. Judgment for defendants. Appeal from the Circuit Court of Macon county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

Manford Savage and William G. Cochran, for appellant. McDavid & Monroe, Whitley & Fitzgerald, Jennings & Elder and Jack & Boggess, for appellees; C. L. Foster, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

---

**E. R. Kirgan, defendant in error, v. Warren C. Fairbanks, plaintiff in error.**

Assumpsit for failure to construct drainage ditches on lands leased by plaintiff from defendant. Judgment for plaintiff. Error to the Circuit Court of Greene county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1920. Reversed with finding of fact. Opinion filed October 27, 1920.

Whiteside & Wright, for plaintiff in error. T. I. McKnight, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Tony Stankovich, appellee, v. A. Biankini et al., appellants.**

Assumpsit on a note and guaranty thereof. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1920. Reversed with finding of fact. Opinion filed October 27, 1920.

Robert D. Melick, for appellants. Hogan & Reese, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Harry Oberman, administrator of estate of Isaac Oberman, deceased, plaintiff in error, v. Springfield Consolidated Railway Company, defendant in error.**

Action to recover for death caused by collision between horse and wagon driven by deceased and a street car. Judgment for defendant. Error to the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920. *Certiorari* denied by Supreme Court (making opinion final).

John G. Friedmeyer, William J. Lawler and Herman H. Cohn, for plaintiff in error. P. B. Warren, A. M. Fitzgerald and Harleigh H. Hartman, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.